IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:14-CR-42-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHRISTOPHER MICHAEL HARDY, ) | |
| ) | |
| Defendant. ) | |

On June 2, 2022, Christopher Michael Hardy filed a motion for early release to home confinement. See [D.E. 114]. The Bureau of Prisons ("BOP") gets to decide whether Hardy will serve his imprisonment in home confinement. See 18 U.S.C. §§ 3621(b), 3624(c). If Hardy is not satisfied with the BOP's decision, Hardy may seek judicial review.

In sum, Hardy's motions for placement in home confinement [D.E. 114] is DENIED without prejudice.

SO ORDERED. This _8_ day of October, 2022.

JAMES C. DEVER III
United States District Judge